United States District Court
Southern District of Texas
**ENTERED**
July 26, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEREK ALLEN, ET AL., | § | |
| Plaintiffs. | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:20-cv-04139 |
| VERTAFORE, INC., | § § § | |
| Defendant. | § § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On March 18, 2021, Defendant's Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(b)(6) (Dkt. 38) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). Dkt. 43. Judge Edison filed a Memorandum and Recommendation on June 14, 2021, recommending that Defendant's Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(b)(6) (Dkt. 38) be **GRANTED**. *See* Dkt. 55.

On June 16, 2021, Plaintiffs filed their Objections. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's

Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 55) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant's Motion to Dismiss Pursuant to Rule 12(b)(1) and 12(b)(6) (Dkt. 38) is **GRANTED.**

It is so **ORDERED**.

SIGNED at Houston, Texas, this 23rd day of July, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE