UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DEREK ALLEN, ET AL., § § Plaintiffs. § § VS. § CIVIL ACTION NO. 4:20-cv-04139 § VERTAFORE, INC., § § Defendant. § § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Adopting Magistrate Judge's Memorandum and Recommendation, it is ordered that this matter is dismissed.

This is a final judgment.

The Clerk will provide copies of this judgment to the parties.

SIGNED at Houston, Texas, this 23rd day of July, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE